# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgenstern-Clarren, Pat E. | U.S. Bankruptcy Ct., N.D., Oh. | 07/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Howard Metzenbaum US Ct. House
201 Superior Avenue East
Cleveland, Ohio 44114

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA): | | | | | | | | | |
| 2. -Putnam Premier 1 Tr. | A | Dividend | J | T | | | | | |
| 3. -Entergy Corp Common Stock | A | Dividend | J | T | | | | | |
| 4. -BA CA N.A. RASP (F/K/A ML Retirement Reserves Fund) | A | Interest | M | T | | | | | |
| 5. -FIA Card Services NA RASP (F/K/A ML Retirement Reserves Fund) | A | Interest | M | T | | | | | |
| 6. -Hewlett Packard Co. Common Stock | A | Dividend | K | T | | | | | |
| 7. -Texas Instruments, Inc. Common Stock | A | Dividend | L | T | | | | | |
| 8. -Apple Computer Inc. Common Stock | A | Dividend | M | T | | | | | |
| 9. -KLA Tencor Corp. PV | A | Dividend | K | T | | | | | |
| 10. -Colgate Palmolive Stock | A | Dividend | M | T | | | | | |
| 11. -Agilent Technologies Inc. | A | Dividend | J | T | | | | | |
| 12. -Intl Paper Co. | A | Dividend | J | T | | | | | |
| 13. -Maxim Integrated Prods. | A | Dividend | K | T | | | | | |
| 14. -Stratasys Ltd. | | None | L | T | Buy | 06/20/13 | K | | |
| 15. | | | | | Buy (add'l) | 06/26/13 | K | | |
| 16. Merrill Lynch Brokerage Account (H): | | | | | | | | | |
| 17. -ML Bank Deposit Program | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Entergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 19. University Suburban Real Estate - Note Receivable | B | Interest | L | T | | | | | |
| 20. Huntington National Bank - Various Accounts | A | Interest | K | T | | | | | |
| 21. Huntington National Bank Money Market Account | A | Interest | M | T | | | | | |
| 22. Huntington National Bank Money Market Account | A | Interest | M | T | | | | | |
| 23. Third Federal Savings & Loan Savings Account #1 | A | Interest | L | T | | | | | |
| 24. Third Federal Savings & Loan Savings Account # 2 | A | Interest | L | T | | | | | |
| 25. New York Community Bank (f.k.a. Ohio Savings Bank) # 1 | A | Interest | L | T | | | | | |
| 26. New York Community Bank (f.k.a. Ohio Savings Bank) # 2 | A | Interest | M | T | | | | | |
| 27. Vanguard (IRA) (H): | | | | | | | | | |
| 28. -Vanguard Admiral Treasury Money Market Fund | A | Dividend | L | T | | | | | |
| 29. -Vanguard Balanced Index Fund Adm | D | Dividend | N | T | Buy | 01/02/13 | M | | |
| 30. | | | | | Buy (add'l) | 02/04/13 | M | | |
| 31. | | | | | Buy (add'l) | 10/29/13 | M | | |
| 32. -Vanguard Federal Money Market Fund | A | Dividend | N | T | | | | | |
| 33. -Vanguard High Dividend Yld Idx Inv | D | Dividend | N | T | Buy | 03/07/13 | M | | |
| 34. | | | | | Buy (add'l) | 04/02/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/02/13 | M | | |
| 36. | | | | | Buy (add'l) | 10/29/13 | M | | |
| 37. Fidelity (401K)(H): | | | | | | | | | |
| 38. -Fidelity Freedom 2020 | | None | | | Sold | 10/29/13 | M | | |
| 39. -Vanguard Target Ret 2015 | C | Int./Div. | M | T | Buy | 10/29/13 | M | | |
| 40. Lincoln National: Universal Life (no control) | B | Interest | L | T | | | | | |
| 41. Charles Schwab Institutional (IRA)(H)(X): | | | | | | | | | |
| 42. -Schwab Adv Cash Reserve | A | Dividend | J | T | Open | 03/15/13 | N | | |
| 43. -Avenue Credit Strategies Inst | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 44. -Avenue Credit Strategies Inv | A | Dividend | J | T | Buy | 11/20/13 | J | | |
| 45. -Cohen & Steers Preferred SEC and INCM A | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 46. -KKR Alternative High Yield Inv | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 47. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 48. -PIMCO Global Advantage Strategy RD CL D | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 49. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 50. | | | | | Sold (part) | 06/21/13 | J | | |
| 51. -PIMCO Global Advantage Strategy BD Inst | A | Dividend | J | T | Buy | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO Total Return Fund CL D | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 53. | | | | | Sold (part) | 06/27/13 | J | | |
| 54. -PIMCO Total Return Fund Instl CL | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 55. -PIMCO Unconstrained BD FD CL D | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 56. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 57. | | | | | Sold (part) | 06/21/13 | J | | |
| 58. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 59. -T Rowe Price Floating Rate Adv | A | Dividend | J | T | Buy | 05/24/13 | J | | |
| 60. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 61. -T Rowe Price Inst Floating Rate FD | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 62. -Templeton Global Bond Fund Adv CL | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 63. -Templeton Global Bond Fund CL A | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 64. -Leucadia National Corp | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 65. -Absolute Oppty FD Inst SHS | | None | J | T | Buy | 03/18/13 | J | | |
| 66. -Absolute Strategies Fund Instl SHR | | None | J | T | Buy | 03/18/13 | J | | |
| 67. -ALPS Core CMDY MGMT Complete Cmdy Strat A | | None | J | T | Buy | 03/18/13 | J | | |
| 68. | | | | | Buy (add'l) | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Aston Lake Partners Lasso Alternative FD CL N | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 70. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 71. -Aston Lake Partners Lasso Alternative FD CL I | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 72. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 73. -Blackrock Global Allocation CL A | A | Dividend | J | T | Buy | 03/18/13 | K | | |
| 74. -Blackrock Global Allocation Instl CL | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 75. -Center Coast MLP Focus FD A | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 76. -CMG SR Tactical Bond FD CL A | | None | J | T | Buy | 03/18/13 | J | | |
| 77. | | | | | Sold (part) | 05/24/13 | J | A | |
| 78. -CMG SR Tactical Bond FD CL I | | None | J | T | Buy | 10/31/13 | J | | |
| 79. -Cushing MLP Premier FD CL A | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 80. -DFA Emerging Mkts Core Eqty Port Instl | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 81. -DFA Global Real Estate Securities Port | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 82. -DFA Intl Core Eqty Port Instl | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 83. -Empiric Core Equity Fund CL A | | None | J | T | Buy | 04/25/13 | J | | |
| 84. -Forward Global Infrastructure Instl CL | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 85. -FPA Crescent Fund Inst CL Shares | A | Dividend | K | T | Buy | 03/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Hatteras Alpha Hedged Strategies | | None | J | T | Buy | 04/08/13 | J | | |
| 87. -IVA Worldwide FD CL A | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 88. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 89. -IVA Worldwide FD CL I | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 90. -Ivy Asset Strategy Fund CL I | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 91. -Ivy Asset Strategy Fund CL Y | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 92. -JHancock US Eqty FD I | A | Dividend | L | T | Buy | 03/18/13 | K | | |
| 93. -Oppenheimer Steelpath MLP Alpha Y | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 94. -PIMCO All Asset All Authority CL D | A | Dividend | J | T | Buy | 03/18/13 | K | | |
| 95. | | | | | Buy | 03/28/13 | J | | |
| 96. | | | | | Sold (part) | 06/21/13 | J | | |
| 97. -PIMCO All Asset All Authority CL Inst | A | Dividend | K | T | Buy | 03/19/13 | J | | |
| 98. -PIMCO Fundamental Index Plus AR FD CL D | A | Dividend | J | T | Buy | 04/08/13 | J | | |
| 99. -PIMCO Global Multi Asset CL D | A | Dividend | J | T | Buy | 03/18/13 | K | | |
| 100. -PIMCO Global Multi Asset CL Inst | A | Dividend | K | T | Buy | 03/26/13 | J | | |
| 101. -RS Global Natural Resources FD CL Y | | None | J | T | Buy | 03/18/13 | J | | |
| 102. -Schwab Fundamental Emer Mkt Large Co Index | A | Dividend | J | T | Buy | 03/18/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 104. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 105. | | | | | Sold (part) | 11/01/13 | J | A | |
| 106.  -Schwab Fundamental Intl Large Co Index | A | Dividend | K | T | Buy | 03/18/13 | J | | |
| 107. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 108. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 109. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 110. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 111. | | | | | Sold (part) | 11/07/13 | J | A | |
| 112.  -Wells Fargo Advtg Abslt Return Admin | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 113. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 114.  -IQ US Real Estate ETF Small Cap | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 115.  -IShares Gold Trust | | None | J | T | Buy | 03/18/13 | J | | |
| 116.  -IShares Silver Trust Index Fund | | None | J | T | Buy | 10/31/13 | J | | |
| 117. | | | | | Buy | 10/31/13 | J | | |
| 118.  -Plum Creek Timber Co REIT | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 119.  -Powershs Exch Trad FD TR Powershares Water Resource Portfolio | A | Dividend | J | T | Buy | 03/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 121. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 122. -Rayonier Inc REIT | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 123. | | | | | Sold (part) | 10/28/13 | J | | |
| 124. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 125. -Vanguard DIV Appreciation | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 126. -AQR Managed Futures | | None | | | Buy | 03/18/13 | J | | |
| 127. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 128. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 129. | | | | | Sold (part) | 11/08/13 | J | | |
| 130. | | | | | Sold | 11/08/13 | J | | |
| 131. -Arbitrage Fund | | None | | | Buy | 03/18/13 | J | | |
| 132. | | | | | Sold | 05/01/13 | J | | |
| 133. -AQR Diversified Arbitrage | | None | | | Buy | 03/18/13 | J | | |
| 134. | | | | | Sold | 05/01/13 | J | | |
| 135. -Emerging Market ETF | | None | | | Buy | 03/28/13 | J | | |
| 136. | | | | | Sold | 11/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Equinox Frontier | | None | | | Buy | 03/18/13 | J | | |
| 138. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 139. | | | | | Sold (part) | 10/03/13 | J | | |
| 140. | | | | | Sold | 10/03/13 | J | | |
| 141.  -Claymore Timber ETF | | None | | | Buy | 10/28/13 | J | | |
| 142. | | | | | Sold | 12/17/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgenstern-Clarren, Pat E.** | 07/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: To Part VII, #27: the asset listed here as "Vanguard (IRA)" is the same asset as that listed in the CY 2012 report as "Vanguard IRA #1", line 24.

Note 2: To Part VII, #41: this account belongs        opened it last year with funds transferred from    Vanguard IRA. The account was not listed in CY 2012 because it is a new account.

Note 3: To Part VII, #4: the asset listed here as "BA CA N.A. RASP" is the same asset as that listed in the CY 2012 report as "ML Retirement Reserves Fund", line 4. The asset "BA CA N.A. RASP" was combined in the CY 2012 report with "ML Retirement Reserves Fund" now known as "BA CA N.A. RASP".

Note 4: To Part VII, #5: the asset listed here as "FIA Card Services NA RASP" is the same asset as that listed in the CY 2012 report as "ML Retirement Reserves Fund", line 4. The asset "FIA Card Services NA RASP" was combined in the CY 2012 report with "ML Retirement Reserves Fund" now known as "FIA Card Services NA RASP".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pat E. Morgenstern-Clarren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544